UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| SOWIZRAT,TADEUSZ | § | Case No. 10-20174 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF THE COURT
> 219 S. Dearborn
> Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 03/15/2013 in Courtroom ,
> United States Courthouse
> Joliet City Hall
> 150 West Jefferson,2nd floor, Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/05/2013          By: /s/ Michael G. Berland
                                                                Trustee


*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SOWIZRAT,TADEUSZ § Case No. 10-20174
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 21,000.00 |
| and approved disbursements of | $ 7,000.00 |
| leaving a balance on hand of[1] | $ 14,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 2,850.00 | $ 0.00 | $ 2,850.00 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 16.80 | $ 0.00 | $ 16.80 |
| Total to be paid for chapter 7 administrative expenses | | | $ 2,866.80 |
| Remaining Balance | | | $ 11,133.20 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 168,269.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 7,067.18 | $ 0.00 | $ 467.59 |
| 000002 | Century Supply Co.<br>C/o Mark Gryska<br>Nigro, Westfall & Gryska, P.C.<br>1793 Bloomingdale Road<br>Glendale Heights, IL 60139 | $ 10,371.56 | $ 0.00 | $ 686.21 |
| 000003 | MC CANN INDUSTRIES INC<br>Michael T<br>NIGOR/WESTFALL GRYSKA PC<br>1793 BLOOMINGDALE RD<br>GLENDALE HEIGHTS IL 60139 | $ 45,072.72 | $ 0.00 | $ 2,982.14 |
| 000004 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | $ 3,235.70 | $ 0.00 | $ 214.08 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 248839 Oklahoma City, OK 73124-8839 | $ 1,617.82 | $ 0.00 | $ 107.04 |
| 000006 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 100,904.51 | $ 0.00 | $ 6,676.14 |
| | Total to be paid to timely general unsecured creditors | | $ | 11,133.20 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 10-20174-BWB
Tadeusz Sowizrat                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: tmaurer              Page 1 of 2            Date Rcvd: Feb 06, 2013
                              Form ID: pdf006           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2013.
```
db             +Tadeusz Sowizrat, MR.,    17528 Larkspur Court,    Homer Glen, IL 60491-9794
15522180       +AMEX,   P.O BOX 297871,    FORT LAUDERDALE, FL 33329-7871
17113643        American Express Bank, FSB,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15522181       +BEVERLY BANK AND TRUSTCOMPANY,    C/O  CROWLEY & LAMB,P.C.,   350 N.LASALLE STREET SUITE 900,
                 CHICAGO, IL 60654-5136
15522182       +Blatt, Hasenmiller, Leibsker & Moore,    125 S. Wacker Dr. Suite 400,    Chicago, IL 60606-4440
15522183       +Blitt And Gaines,P.C,   661 Glenn Ave,    Wheeling, IL 60090-6017
15522184       +CAP ONE,   6200 CHEVY CHASE DR,   LAUREL, MD 20707-2968
16790477       +Century Supply Co.,   C/o Mark Gryska,    Nigro, Westfall & Gryska, P.C.,    1793 Bloomingdale Road,
                 Glendale Heights, IL 60139-2187
15522187       +HILLLSIDE LUMBER INC,   C/O  CHAET KAPLAN FIRM,    30 N LASALLE #1520,    CHICAGO, IL 60602-3387
15522188       +Illinois Collection Servicing,    8231 185th Ste100,   Tinley Park, IL 60487-9356
15522190       +MC CANN INDUSTRIES INC,   Michael T NIGOR/WESTFALL GRYSKA PC,    1793 BLOOMINGDALE RD,
                 GLENDALE HEIGHTS IL 60139-3800
15522179        Mark Jaszczuk,   2956 NMILWAUKEE AVESUITE 205A,    CHICAGO, IL  60618-7300
15522192       +Nigro, Westfall & Gryska, P.C.,    C/O Century Supply Co.,   1793 Bloomingdale Road,
                 Glendale Heights, IL 60139-2187
15522193       +REMODELERS SUPPL,   C/O PLOTNICK AARON,    1420 RENAISSANCE DR,   PARK RIDGE, IL 60068-1330
15522194       +SCHAAF WINDOW CO,   C/O HOOGERNDOORN & TALBOT LLP,    122 S. MICHIGAN #1220,
                 CHICAGO, IL 60603-6263
15522195       +SEARS/CBSD,   P.O BOX 6189,    SIOUX FALLS, SD 57117-6189
15522178       +SOWIZRAT TADEUSZ  MR,   17528 Larkspur Court,    Homer Glen, IL 60491-9794
15522196       +THD/CBSD,   P.O Box 6497,    Sioux Falls, SD 57117-6497
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15522185       +E-mail/Text: creditonebknotifications@resurgent.com Feb 07 2013 01:55:36     CREDIT ONE BANK,
                 PO BOX 98875,    Las Vegas, NV 89193-8875
16872230        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 07 2013 02:29:42      Capital One Bank (USA), N.A.,
                 by American InfoSource LP as agent,    PO Box 248839,   Oklahoma City, OK  73124-8839
15522186       +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 07 2013 02:04:57     DISCOVER FIN SVCS LLC,
                 P.O BOX 15316,    WILMINGTON, DE 19850-5316
16760540        E-mail/PDF: mrdiscen@discoverfinancial.com Feb 07 2013 02:04:57     Discover Bank,
                 Discover Products Inc.,    PO Box 3025,   New Albany, OH  43054-3025
15522189       +E-mail/Text: resurgentbknotifications@resurgent.com Feb 07 2013 01:54:46     LVNV FUNDING LLC,
                 P.O BOX 740281,    HOUSTON, TX 77274-0281
15522191        E-mail/Text: bankrup@aglresources.com Feb 07 2013 01:55:04     Nicor Gas,   P. O Box 310,
                 Aurora, IL  60507-0310
                                                                                              TOTAL: 6
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 08, 2013**          **Signature:**  *Joseph Speetjens*

```
District/off: 0752-1           User: tmaurer              Page 2 of 2              Date Rcvd: Feb 06, 2013
                               Form ID: pdf006            Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2013 at the address(es) listed below:

   David P Lloyd    on behalf of Trustee Michael G Berland courtdocs@davidlloydlaw.com
   David P Lloyd    on behalf of Plaintiff Michael G Berland courtdocs@davidlloydlaw.com
   Gina B Krol, ESQ    on behalf of Defendant Danuta  Skrzypczak gkrol@cohenandkrol.com,
    jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
   Gina B Krol, ESQ    on behalf of Defendant Stanley  Skrzypczak gkrol@cohenandkrol.com,
    jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
   Gina B Krol, ESQ    on behalf of Defendant Irena  Urkoski gkrol@cohenandkrol.com,
    jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
   Mark A Jaszczuk, M    on behalf of Debtor Tadeusz  Sowizrat, MR. dybalalaw@yahoo.com,
    markjas22@gmail.com;ewkam27@wp.pl
   Michael G Berland    einstein829@earthlink.net,  IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
   Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                        TOTAL: 8